UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RANDY DINGLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| | ) | **CIVIL CASE** |
| v. | ) | **CASE NO. 5:19-CV-129-D** |
| | ) | |
| BENJAMIN KHAN, TIMOTHY J. PETERKIN, | ) | |
| RICHARD M. HUTSON, II, MICHAEL B. STEIN, | ) | |
| WILLIAM HILL, PATRICIA ELLEN WATSON | ) | |
| DINGLE, JOSEPH N. CALLAWAY, GREGG | ) | |
| EDWARDS, NATASHIA DINGLE, JACQUELYN | ) | |
| FAYE CARTER, ALONZO DINGLE, ALLEN | ) | |
| KERR, MICKEY LOCKLEAR, BRAGG | ) | |
| MUTUAL CREDIT UNION, BENJAMIN E. | ) | |
| LOVELL, NATASHA BARONE, GREG | ) | |
| MORRISON, TERRY RAY, SHAPIRO & INGLE, | ) | |
| LLP, BRUCE BULLOCK, MITCH EDWARDS, | ) | |
| and TWO MEN AND A TRUCK, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court overrules plaintiff's
objections [D.E. 136] and adopts the conclusions in the M&R. Dingle's complaint is
DISMISSED as frivolous. The court DENIES the pending motions [D.E.13, 16, 41, 48, 75, 81,
85, 87, 92, 94, 98, 100, 103, 112, 116, 117, 118, 119, 120, 127, 128] as moot.


**This Judgment Filed and Entered on March 16, 2020, and Copies To:**

| | |
|---|---|
| Randy Dingle | (Sent to PO Box 9485 Fayetteville, NC 2812 via US Mail) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |
| Antoine Marshall | (via CM/ECF electronic notification) |
| Richard M. Hutson, II | (via CM/ECF electronic notification) |
| Michael Barry Stein | (via CM/ECF electronic notification) |
| Jack T. Brock, II | (via CM/ECF electronic notification) |
| Richard T. Boyette | (via CM/ECF electronic notification) |

Eleanor Redhage Gilroy                    (via CM/ECF electronic notification)

Brenee Wynett Orozco                      (via CM/ECF electronic notification)

Ronnia M. Mitchell                        (via CM/ECF electronic notification)

Jeffrey B. Kuykendal                      (via CM/ECF electronic notification)

Jason K. Purser                           (via CM/ECF electronic notification)

Kurt D. Schmidt                           (via CM/ECF electronic notification)

H. Addison Winters, III                   (via CM/ECF electronic notification)


DATE:                                            PETER A. MOORE, JR., CLERK

March 16, 2020                            (By) /s/ Nicole Sellers

                                                 Deputy Clerk